IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Alex D. Taylor, #274939, | ) | C/A No.: 1:12-2982-MGL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | SPECIAL INTERROGATORIES |
| | ) | TO DEFENDANTS |
| Sylvia Jones, Mailroom Staff; Ludrean Bryant, Mailroom Staff; and John Doe, Chairman of CRC, | ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Alex D. Taylor, proceeding *pro se* and in *forma pauperis*, brought this civil rights action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights while incarcerated at Lieber Correctional Institution ("LCI"). Plaintiff sues LCI mailroom staff employees Sylvia Jones and Ludrean Bryant, as well as the chairman of the SCDC's Correspondence Review Committee (collectively "Defendants"). Among other claims, Plaintiff alleges his First Amendment rights were violated by Defendants' refusal to mail his drawings to his family on the grounds that he is not in the inmate hobbycraft program. Because the record is unclear regarding the particular policy at issue, Defendants are directed to respond to the following special interrogatories and to provide evidence in support of their responses as appropriate.

INTERROGATORIES TO DEFENDANTS

1. What constitutes a hobbycraft item pursuant to the SCDC inmate hobbycraft policy? Please clarify if and why Plaintiff's drawing constituted a hobbycraft item.

2. Are inmates in the SMU allowed to send drawings of any kind in outgoing correspondence? What are the applicable SCDC policies?

Defendants' response to these interrogatories is due by May 5, 2013.

    IT IS SO ORDERED.

*Shiva V. Hodges*

April 12, 2013                       Shiva V. Hodges
Columbia, South Carolina         United States Magistrate Judge